UNITED STATES DISTRICT COURT

DISTRICT OF SOUTH DAKOTA

SOUTHERN DIVISION

| | |
|---|---|
| AMERICAN ACADEMY OF IMPLANT DENTISTRY and DDS EDWARD R. KUSEK, <br><br>           Plaintiffs, <br><br>    vs. <br><br> MARTY JACKLEY, in his official capacity as Attorney General for the State of South Dakota; DDS NICK RENEMANS, in his official capacity as the President of the South Dakota State Board of Dentistry; DDS SCOTT VAN DAM, in his official capacity as the Vice President of the South Dakota State Board of Dentistry; RDH ZONA HORNSTRA, in her official capacity as the Treasurer and Secretary of the South Dakota State Board of Dentistry; DDS HAROLD DOERR, in his official capacity as a member of the South Dakota State Board of Dentistry; DDS TARA SCHAACK, in her official capacity as a member of the South Dakota State Board of Dentistry; DDS BRIAN PROUTY, in his official capacity as a member of the South Dakota State Board of Dentistry, <br><br>           Defendants. | 4:23-CV-04113-KES <br><br><br> ORDER GRANTING MOTION TO STAY |

Plaintiffs move to stay this case and all relevant deadlines pending appeal or, if no appeal is filed, until 28 days after the deadline to appeal expires. Docket 76. Plaintiffs note that the current deadline to file a motion for

attorney's fees is August 17, 2026. *Id.* Defendants do not oppose the motion. *Id.*

A "district court [has] the inherent power to grant [a] stay in order to control its docket, conserve judicial resources, and provide for a just determination of the cases pending before it." *Contracting Northwest, Inc. v. City of Fredericksburg, Iowa*, 713 F.2d 382, 387 (8th Cir. 1983). The court finds that a stay is warranted in the interest of judicial economy pending resolution of any appeal. Thus, it is

ORDERED that the motion to stay (Docket 76) is granted.

Dated July 23, 2026.

BY THE COURT:

*/s/ Karen E. Schreier*
KAREN E. SCHREIER
UNITED STATES DISTRICT JUDGE